**People of the State of Illinois, Appellant, v. Joseph Corabi and Frank Mininni, Appellees.**

**Gen. No. 53,845.  (Abstract of Decision.)**

First District, Second Division.
October 28, 1969.
Rehearing denied November 13, 1969.

Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's

Attorneys, of counsel), for appellant; Reiff and Whalen, of Chicago, for appellees. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.